Jeffrey S. Chiesa, Esq.
Matthew E. Beck, Esq.
**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, New Jersey 07052
Telephone: (973) 530-2050
Facsimile: (973) 530-2250
jchiesa@csglaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARRETT COLLICK, NOAH WILLIAMS, and NANCY WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM PATERSON UNIVERSITY, KATHLEEN M. WALDRON, ROBERT FULLEMAN, ELLEN DESIMONE, WILLIAM PATERSON UNIVERSITY POLICE DEPARTMENT, JOHN DOES 1-20 (names fictitious as presently unknown), employees, representatives, and/or agents of defendant WILLIAM PATERSON UNIVERSITY POLICE DEPARTMENT, JOHN DOES 1-20 (names fictitious as presently unknown), employees, representatives, and/or agents of defendant WILLIAM PATERSON UNIVERSITY POLICE DEPARTMENT, JOHN SMITH 1-5 (names fictitious as presently unknown), employees, representatives, agents and/or spokespersons of defendant WILLIAM PATERSON UNIVERSITY, and JANE SMITH 1-5 (names fictitious as presently unknown), employees, representatives, agents, and/or spokes persons of defendant WILLIAM PATERSON UNIVERSITY,<br><br>Defendants. | Civil Action No.: 16-00471(KM)(JBC)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**Electronically Filed**<br><br>**Return Date: June 30, 2016**<br><br>**Oral argument requested** |

To:   Michael J. Epstein, Esq.
      The Epstein Law Firm, P.A.
      340 West Passaic Street
      Rochelle Park, NJ 07662
      *Attorney for Plaintiffs*

**PLEASE TAKE NOTICE** that on June 20, 2016, or as soon thereafter as counsel may be heard, defendants William Paterson University, Kathleen M. Waldron, Robert Fulleman, Ellen DeSimone, and William Paterson University Police Department (collectively, "Defendants"), by and through their undersigned counsel, Chiesa Shahinian & Giantomasi PC, shall move before the United States District Court for the District of New Jersey, United States Post Office and Courthouse Building, Courtroom 4, Newark, New Jersey, the Honorable Kevin McNulty presiding, for entry of an Order dismissing the Complaint of plaintiffs Garrett Collick, Noah Williams, and Nancy Williams with prejudice for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that defendants shall rely on the accompanying Memorandum of Law and Declaration of Jeffrey S. Chiesa, Esq. with attachments in support of this motion. A proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**CHIESA SHAHINIAN & GIANTOMASI PC**

Dated: March 18, 2016        By: /s/ Jeffrey S. Chiesa
                                  Jeffrey S. Chiesa

                                  One Boland Drive,
                                  West Orange, New Jersey 07052
                                  Telephone: 973.530.2050
                                  Fax: 973.530.2250
                                  jchiesa@csglaw.com

                                  *Attorneys for Defendants*