Jeffrey S. Chiesa, Esq.
Matthew E. Beck, Esq.
**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, New Jersey 07052
973.530.2050 tel
973.530.2250 fax
jchiesa@csglaw.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARRETT COLLICK, NOAH WILLIAMS, and NANCY WILLIAMS, | Civil Action No.: 16-00471(KM)(JBC) |
| Plaintiffs, | |
| vs. | **ORDER** |
| WILLIAM PATERSON UNIVERSITY, KATHLEEN M. WALDRON, ROBERT FULLEMAN, ELLEN DESIMONE, WILLIAM PATERSON UNIVERSITY POLICE DEPARTMENT, JOHN DOES 1-20 (names fictitious as presently unknown), employees, representatives, and/or agents of defendant WILLIAM PATERSON UNIVERSITY POLICE DEPARTMENT, JOHN DOES 1-20 (names fictitious as presently unknown), employees, representatives, and/or agents of defendant WILLIAM PATERSON UNIVERSITY POLICE DEPARTMENT, JOHN SMITH 1-5 (names fictitious as presently unknown), employees, representatives, agents and/or spokespersons of defendant WILLIAM PATERSON UNIVERSITY, and JANE SMITH 1-5 (names fictitious as presently unknown), employees, representatives, agents, and/or spokes persons of defendant WILLIAM PATERSON UNIVERSITY, | |
| Defendants. | |

This matter having come before the Court on the application of defendants William Paterson University, Kathleen M. Waldron, Robert Fulleman, Ellen DeSimone, and William Paterson University Police Department (collectively, "Defendants"), by and through their

counsel, Chiesa Shahinian & Giantomasi PC, for an order dismissing the Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6); and the Court having considered the submissions of the parties in support of and in opposition to the motion; and good cause having been shown,

**IT IS** on this _____ day of _____, 2016,

**ORDERED**, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, that the Complaint is hereby dismissed with prejudice.

_____
Hon. Kevin McNulty, U.S.D.J.