# The Epstein Law Firm, P.A.

340 West Passaic Street
Rochelle Park, New Jersey 07662
www.theepsteinlawfirm.com

Tel (201) 845-5962
Fax (201) 845-5973

| | |
|---|---|
| Barry D. Epstein * | Michael A. Rabasca ◊ |
| Michael J. Epstein * ◊ | Jeffrey B. Richter |
| April M. Gilmore * ◊ | Corey S. Zymet ◊ |

*Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney
◊ Also Admitted in New York

Hon. John E. Selser (Ret.)
Counsel

May 7, 2019

**_Via ECF_**
Hon. James B. Clark, III, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

            ***Re:  Collick et al. v. William Paterson University et al.***
            ***Docket No. 16-471 (KM)***

Dear Judge Clark:

     As Your Honor knows, this office represents plaintiffs in the above matter.  On April 1, 2019, Your Honor issued a letter order establishing new deadlines for discovery.  Since Your Honor's order, the parties have taken the depositions of the detective and assistant prosecutor involved in the underlying criminal case.  During said depositions, we learned that the Passaic County Prosecutor's Office ("PCPO") was in possession of certain documents that had not been provided to our office and/or there were documents that we were not aware of that were relevant to the case.  We have issued a Notice to Produce to the PCPO in lieu of a more formal subpoena to obtain those records, but we do not have them at this date.  In addition, the third and last witness who needs to be deposed is the nurse who evaluated the alleged victim at the hospital.  Unfortunately, the nurse has been on a medical leave of absence and has had to adjourn the deposition on two occasions.  The attorney from the Passaic County Counsel's office has advised that the nurse will be out for an additional thirty (30) days.

     Thus, this letter requests an extension of forty-five (45) days of the deadlines for fact discovery, affirmative expert reports, responsive expert reports, and complete expert discovery solely to address the open issues addressed in this letter.  We know from previous conversations that Your Honor has been generous with extending the deadlines to accommodate this complex and tortuous case.  Unfortunately, these recent

**THE EPSTEIN LAW FIRM, P.A.**                                                                 **Page 2**

events are outside of counsel's control, and we hope and trust that you appreciate the current situation.  We are scheduled to speak with Your Honor on May 23, 2019 for a telephone status conference, but if Your Honor believes that a telephone status conference should occur earlier, counsel will accommodate Your Honor's schedule.

    Defense counsel does not object to this request.  We thank Your Honor in advance for your anticipated attention and cooperation in this matter.

                                               Respectfully submitted,

                                               */s/ Michael J. Epstein*
                                               MICHAEL J. EPSTEIN
                                               [mjepstein@theepsteinlawfirm.com](mailto:mjepstein@theepsteinlawfirm.com)

MJE/ec

Cc:   Matthew E. Beck, Esq.
       Mauro G. Tucci, Esq.