

**CHIESA SHAHINIAN & GIANTOMASI PC**
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**MAURO G. TUCCI JR.**
mtucci@csglaw.com
(O) 973.530.2088
(F) 973.530.2288

May 8, 2019

*VIA ECF*

Hon. Kevin McNulty, U.S.D.J.
United States District Court
District of New Jersey
U.S. Post Office and Courthouse Building, Courtroom 4
Newark, New Jersey 07102

Honorable James B. Clark, III, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

    Re:    **Collick et al. v. William Paterson University et al.**
           **Civil Action No. 2:16-cv-00471-KM-JBC**

Dear Sir/Madam:

    This office represents Defendants in the above matter. Enclosed for your consideration is a Consent Order of Voluntary Dismissal of Certain Claims.

    We thank the Court for its courtesies in this matter.

                                                       Respectfully submitted,

                                                       Mauro G. Tucci Jr.

MT:bls

cc:    All Counsel of Record (via ECF)